

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. SA 15-331M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| SAMUEL STEWART YARBRO | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ( ✓ )  the appearance of defendant as required; and/or

(B)  ( ✓ )  the safety of any person or the community.

//

//

1  The court concludes:
2  A.   (✓)  Defendant poses a risk to the safety of other persons or the community
3           because defendant has not demonstrated by clear and convincing
4           evidence that:
5           _Defendant submits to detention._
6           _____
7           _____
8           _____
9
10 (B)  ( )  Defendant is a flight risk because defendant has not shown by clear
11          and convincing evidence that:
12          _____
13          _____
14          _____
15          _____
16
17     IT IS ORDERED that defendant be detained.
18
19
20
21 DATED: June 19, 2015
22
23                                    _____
24                                    HONORABLE JAY C. GANDHI
                                      UNITED STATES MAGISTRATE JUDGE
25
26
27
28

2